IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**AUDRA SWAIN,**

**Plaintiff,**

v.  Civil Case No. SAG-24-00458

**PARAMOUNT GLOBAL INC. d/b/a
PARAMOUNT GLOBAL,** *et al.,*

**Defendants.**

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that Paramount's Motion for Summary Judgment, ECF 58, is GRANTED. Judgment is entered in favor of Paramount, and this case should be CLOSED.

Date: November 19, 2025

/s/
Stephanie A. Gallagher
United States District Judge